JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUZANNE GOUGH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. CV 21-2233-GW-PLAx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. George H. Wu |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 23, 2021

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4820-6725-5035 v1

- 1 -

CASE NO. 2:21-cv-02233 GW (PLAx)
(PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE